# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOWELL TAYLOR,<br><br>        Plaintiff,<br><br>  v.<br><br>PM REALTY GROUP, et al.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 1:13-cv-00123 - AWI - JLT<br><br>ORDER TO PLAINTIFF TO SHOW CAUSE WHY THE ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |

       Defendant PM Realty Group seeks terminating sanctions against Plaintiff Lowell Taylor. Defendant asserts Plaintiff failed to attend a properly noticed deposition, and has resisted discovery. Review of the Court's docket indicates Plaintiff has not filed any documents in this action since its removal to the federal court, and appears to have abandoned the litigation. However, in light of information that makes it appear Plaintiff's counsel is not eligible to practice law currently, the Court hereby informs Plaintiff that such a failure to prosecute may result in the issuance of sanctions, including dismissal of the action.

       The Local Rules, corresponding with Fed. R. Civ. P. 11, provide: "Failure of counsel or of a party to comply with . . . any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court." Local Rule 110. "District courts have inherent power to control their dockets," and in exercising that power, a court may impose sanctions including dismissal of an action. *Thompson v. Housing Authority of Los Angeles*, 782 F.2d 829, 831

(9th Cir. 1986). A court may dismiss an action with prejudice, based on a party's failure to prosecute an action or failure to obey a court order, or failure to comply with local rules. *See, e.g. Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (dismissal for failure to comply with an order requiring amendment of complaint); *Malone v. U.S. Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987) (dismissal for failure to comply with a court order); *Henderson v. Duncan*, 779 F.2d 1421, 1424 (9th Cir. 1986) (dismissal for failure to prosecute and to comply with local rules).

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff **SHALL** to show cause within fourteen days of the date of service of this Order why the action should not be dismissed for failure to prosecute; and

2. The Clerk is DIRECTED to serve this Order via United States mail upon Plaintiff at the following address:

    Lowell Taylor
    1411 S. Divisadero St. #8
    Visalia, CA 93277

3. If Plaintiff desires to continue *pro se* in this litigation, he **SHALL** file a substitution of attorney within fourteen days of the date of service of this order.

IT IS SO ORDERED.

Dated:   **February 4, 2014**                    **/s/ Jennifer L. Thurston**
                                                 UNITED STATES MAGISTRATE JUDGE

2