**FILED**
MAR 05 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**FILED**
MAR -4 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| LOWELL TAYLOR, | Case No.: 1:13-cv-00123-AWI-JLT |
| Plaintiff, | **DISMISSAL WITHOUT PREJUDICE** |
| vs. | |
| PM REALTY GROUP, et al | |
| Defendants. | |

I, LOWELL TAYLOR, the Plaintiff in the above-captioned matter, do declare and state that, as I have not been able to find a new attorney to take my case, and due to my serious medical condition and the extensive treatment it requires, I hereby dismiss this action, without prejudice.

I declare under penalty of perjury under the laws of the State of California that foregoing is true and correct.

Executed on March _4_, 2014, at Visalia, California.

_____
Lowell Taylor, Plaintiff

It is so Ordered. Dated: _3-5-14_

_____
United States District Judge

- 1 -

DISMISSAL WITHOUT PREJUDICE